# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, o/b/o its members; and Zach Hillesheim, <br><br> Plaintiffs, <br><br> v. <br><br> The Hitching Post of Marshall, Inc.; and Thomas L. Handeland, <br><br> Defendants, | Civ. No. 15-2747 (DWF/BRT) <br><br> **ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

This matter is before the Court on the parties' Stipulation for Extension of Time to Respond to Complaint (Doc. No. 5).

**IT IS HEREBY ORDERED** that Defendants The Hitching Post of Marshall, Inc. and Thomas L. Handeland shall have until **August 14, 2015**, to answer, plead, or otherwise respond to the Complaint.

Date:  July 14, 2015

*Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge